UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DARKPULSE, INC.; SOCIAL LIFE NETWORK, INC.; and REDHAWK HOLDINGS CORP., individually and on behalf of all others similarly situated,<br><br>*Plaintiffs,*<br><br>-against-<br><br>CROWN BRIDGE PARTNERS, LLC, SOHEIL AHDOOT, and SEPAS AHDOOT,<br><br>*Defendants.* | Index No.: 1:22-cv-08163-VM<br><br>**APPEARANCE OF ADDITIONAL COUNSEL** |

To:    The Clerk of the Court and All Parties of Record:

I am admitted and authorized to practice in this Court, and I am appearing in the above-captioned action as additional counsel for Plaintiffs DarkPulse, Inc., Social Life Network, Inc., and RedHawk Holdings Corp., individually and on behalf of all others similarly situated.

Date:  November 15, 2022             /s/ *Eric J. Benzenberg*
                                     Eric J. Benzenberg
                                     **THE BASILE LAW FIRM P.C.**
                                     390 N. Broadway, Ste. 140
                                     Jericho, NY 11753
                                     Tel.:   (516) 361-3849
                                     Fax:   (631) 498-0748
                                     Email: eric@thebasilelawfirm.com