**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
DARKPULSE, INC. et al,

                 Plaintiffs,                          22 **CIVIL** 8163 (VM)

       -against-                         **JUDGMENT**
                                                                      For Attorney's Fees

CROWN BRIDGE PARTNERS, LLC, et al.,
                 Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated November 07, 2023, Sepas Ahdoot, Soheil Ahdoot, and Crown Bridge Partners LLC's (collectively, "Defendants") Rule 54(d) Motion for Attorney Fees is GRANTED for fees in the amount of $32,438.85, plus post-judgment interest calculated from the date the Clerk of Court enters judgment; accordingly, case is closed.

**Dated:**  New York, New York
            November 8, 2023

                                                                     **RUBY J. KRAJICK**
                                                                     **Clerk of Court**

                                    **BY:**
                                                                       **Deputy Clerk**