**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DARKPULSE, INC. et al., <br><br>　　　　　　　Plaintiffs, <br><br>　　- against - <br><br>SOHEIL AHDOOT et al., <br><br>　　　　　　　Defendants. | **22-cv-8163(VM)** <br><br> **ORDER** <br><br> USDC SDNY <br> DOCUMENT <br> ELECTRONICALLY FILED <br> DOC #:_____ <br> DATE FILED: 09/16/24 |

**VICTOR MARRERO**, United States District Judge.

　　The parties in this matter are hereby directed to confer and to propose an abbreviated case management plan for jurisdictional discovery and related dispositive motion practice, in light of the decision by the United States Court of Appeals remanding this case for further proceedings. (See Dkt. No. 58.)

　　The proposed abbreviated case management plan shall be filed no later than seven days from the date of this Order.

**SO ORDERED.**

Dated:　　September 16, 2024
　　　　　　New York, New York

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　Victor Marrero
　　　　　　　　　　　　　　　　　　　　　　　U.S.D.J.