**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

DarkPulse, Inc. et al.,

                              Plaintiffs,

          -against-

Crown Bridge Partners LLC et al.,

                              Defendants.

1:22-cv-08163 (VM) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

It is hereby ORDERED that, no later than March 20, 2026, the parties shall file a joint letter regarding the status of this action and proposed next steps.

**SO ORDERED.**

DATED:      New York, New York
            March 13, 2026

_____
STEWART D. AARON
United States Magistrate Judge