UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DarkPulse, Inc. et al., | |
| Plaintiffs, | 1:22-cv-08163 (VM) (SDA) |
| -against- | |
| Crown Bridge Partners LLC et al., | ORDER |
| Defendants. | |

**STEWART D. AARON, United States Magistrate Judge:**

It is hereby ORDERED that, with consent of the parties, discovery in this action is stayed pending resolution of the motion for reconsideration. (*See* 3/20/26 Letter, ECF No. 110.)

It is further ORDERED that no later than seven days following the District Judge Marrero's decision on the motion for reconsideration, the parties shall file a joint letter regarding proposed next steps, including a proposed schedule for remaining discovery.

**SO ORDERED.**

Dated:   New York, New York
         May 1, 2026

_____
STEWART D. AARON
United States Magistrate Judge